UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AMERICAN COIL TUBING CORPORATION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:25-cv-00219 |
| BERKLEY NATIONAL INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § § | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, American Coil Tubing Corporation, and Defendant, Berkley National Insurance Company, by and through their respective counsel, hereby submit this Notice of Settlement to notify the Court that the parties have reached an amicable settlement in the above styled matter. The parties will file a joint stipulation for dismissal with prejudice upon final execution of the settlement.

Respectfully submitted,

**SHIDLOFSKY LAW FIRM PLLC**

/s/ *Stephanie Villagomez Lemoine*
Douglas P. Skelley
Lead Attorney to be Noticed
State Bar No. 24056335
doug@shidlofskylaw.com
Stephanie Villagomez Lemoine
State Bar No. 24053028
Federal Bar No. 2247763
stephanie@shidlofskylaw.com
7200 N. Mopac Expy., Suite 430
Austin, Texas 78731
Phone: 512-685-1400
Fax: 866-232-8710

**KENNEDYS CMK LLP**

/s/ *Vanessa D. Durante*
Vanessa D. Durante
Texas State Bar No. 24076361
Federal Bar No. 3372608
1500 Waugh Drive, Suite 225
Houston, Texas 77019
Phone: (832) 753-8080
Fax: (832) 753-8079
E-mail: vanessa.durante@kennedyslaw.com
**ATTORNEY FOR DEFENDANT
BERKLEY NATIONAL INSURANCE
COMPANY**

**JOHN FLOOD TRIAL LAWYERS**

John Flood
Texas Bar No. 07155910
Federal Bar No. 12593
john@floodtriallawyers.com
JOHN T. FLOOD, LLP
819 N. Upper Broadway
Corpus Christi, Texas 78401
Phone: 361-654-8877
Fax: 361-654-8879 Fax
**ATTORNEYS FOR PLAINTIFF**
**AMERICAN COIL TUBING**
**CORPORATION**

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that the foregoing was filed with the Clerk of Court via the

CM/ECF system, which action will cause automatic electronic notification of the filing from the

Court to be served upon all parties who have registered for electronic service with this Court's e-

filing portal on this 3rd day of April 2026.

*/s/ Vannessa D. Durante*
**Vanessa D. Durante**